THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES COLVIN, Appellant. [805 NYS2d 880]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered December 12, 2003. The judgment convicted defendant, upon his plea of guilty, of murder in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.